1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7

KURT STONER,                                  )
                                              )
8          Plaintiff,                         )        Case No. 2:17-cv-01403-JAD-GWF
                                              )
9   vs.                                       )        **ORDER**
                                              )
10  WAL-MART STORES, INC., *et al.*,          )        Motion to Withdraw as Counsel
                                              )        (ECF No. 6)
11         Defendants.                        )
    _____)
12
13          This matter is before the Court on Scott L. Poisson, Esq. and Brian M. Boyer, Esq.'s Motion

14  to Withdraw as Counsel of Record for Plaintiff Kurt Stoner (ECF No. 6), filed on June 28, 2017.

15  To date, no party has filed an opposition to this motion and the time for opposition has now expired.

16  Furthermore, the movant substantially establishes good cause for the withdrawal.  Accordingly,

17          **IT IS HEREBY ORDERED** that Scott L. Poisson, Esq. and Brian M. Boyer, Esq.'s Motion

18  to Withdraw as Counsel of Record for Plaintiff Kurt Stoner (ECF No. 6) is **granted**.

19          **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address

20  of Plaintiff Kurt Stoner to the civil docket:

21          **KURT STONER**
            **640 NE 170th COURT,**
22          **SILVER SPRINGS, FL 34488**

23          **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy

24  of this order at his last known address listed above.

25          DATED this 19th day of July, 2017.

26
27          _____
            GEORGE FOLEY, JR.
28          United States Magistrate Judge