# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kurt Stoner,<br><br>　　　　Plaintiff<br><br>v.<br><br>Wal-Mart Stores, Inc., et al.,<br><br>　　　　Defendants | Case No.: 2:17-cv-01403-JAD-GWF<br><br>**Order Re: Letter Submission** |

On April 30, 2018, the court received a letter from plaintiff Kurt Stoner advising that he is having poor luck finding a new attorney since his last one withdrew, and stating that he "would like to continue trying to find counsel to represent" him. ECF No. 30. The court hereby cautions Mr. Stoner that the court does not act in response to letters. A party who wants the court to take (or delay) action must file a written motion supported by a memorandum of points and authorities and serve it on all other parties who have appeared. *See* Local Rule 7-2. The court notes that the defendant in this case has filed a motion to dismiss. *See* ECF No. 25. Stoner's opposition to that motion, if any, was due on April 26, 2018. Stoner is cautioned that his letter will not be construed as an opposition to that motion, and the court may construe Stoner's failure to timely oppose that motion as his consent to granting the motion to dismiss. *See* Local Rule 7-2(d).

　　　　Dated: May 1, 2018

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey