# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kurt Stoner, | Case No.: 2:17-cv-01403-JAD-GWF |
| Plaintiff | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 25] |
| Wal-Mart Stores, Inc., et al. | |
| Defendants | |

Kurt Stoner filed this personal-injury lawsuit against Wal-Mart Stores, Inc., for injuries he claims he sustained when he fell off a loose toilet seat in a Wal-Mart bathroom.[1] After Stoner stopped participating in this litigation, Wal-Mart filed a motion to dismiss his case for failure to prosecute it.[2] Stoner's deadline to respond to that motion passed months ago without opposition. Local Rule 7-3(d) provides that "The failure of an opposing party to file points and authorities in response to" a motion to dismiss "constitutes a consent to the granting of the motion." I deem Stoner's failure to file an opposition as his consent to granting Wal-Mart's motion to dismiss under FRCP 41(b), and I grant it.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Failure to Prosecute under FRCP 41(b) **[ECF No. 25] is GRANTED.** With good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk of Court is directed to **ENTER FINAL JUDGMENT in favor of the defendant** and against the plaintiff and CLOSE THIS CASE.

Dated: September 20, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 25.